# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case is STAYED through July 30, 2021, including Defendants' answer deadline and all deadlines set out in the Scheduling Order entered on March 9, 2021, as amended by the Clerk's Notice of March 12, 2021. The initial case management conference currently set for July 15, 2021, is cancelled. The parties shall submit a joint status report proposing a schedule for further proceedings by July 30, 2021.

Dated: April 22, 2021

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE