BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Civil Division

STEVEN A. MYERS (NY Bar # 4823043)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

Samara Spence* (DC Bar No. 1031191)
Jeffrey B. Dubner* (DC Bar No. 1013399)
Sean A. Lev* (DC Bar. No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
sspence@democracyforward.org
jdubner@democracyforward.org
slev@democracyforward.org
(202) 701-1785
(202) 448-9090

*Counsel for Plaintiffs*

*Additional counsel listed on signature block*
*\* Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 5:21-cv-01655-BLF <br><br> **JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER CONTINUING STAY** |

Pursuant to the Court's Order of April 23, 2021, *see* ECF No. 33, the parties respectfully submit the following joint status report addressing further proceedings, together with a stipulated request for an order continuing the stay of this action through November 1, 2021.

1. This is an Administrative Procedure Act ("APA") case in which Plaintiffs challenge a final rule promulgated by the U.S. Department of Health and Human Services ("HHS") entitled *Securing Updated and Necessary Statutory Evaluations Timely*, 86 Fed. Reg. 5694 (Jan. 19, 2021) (the "SUNSET

Rule"). The SUNSET Rule provides, in essential part, that nearly all regulations issued by HHS in Titles 21, 42, and 45 of the Code of Federal Regulations shall expire at the end of (1) five calendar years after the year that the SUNSET Rule first becomes effective, (2) ten calendar years after the year of the regulation's promulgation, or (3) ten calendar years after the last year in which HHS assessed and, if required, reviewed the regulation, whichever is latest.

2.  Plaintiffs filed their complaint challenging the SUNSET Rule on March 9, 2021. *See* ECF No. 1. Plaintiffs alleged that the SUNSET Rule is *ultra vires*, *see id.* ¶¶ 123-30; arbitrary and capricious, *see id.* ¶¶ 131-33; in violation of the APA's notice-and-comment requirements, *see id.* ¶¶ 134-39; and in violation of HHS's Tribal Consultation Policy, *see id.* ¶¶ 140-44. Plaintiffs further alleged that the SUNSET Rule threatens imminent and irreparable harm to them and the general public, including by creating regulatory confusion and uncertainty that will impede their ongoing operations, budgeting, and planning activities. *See, e.g.*, *id.* ¶¶ 100-02; *see generally id.* ¶¶ 95-122.

3.  As promulgated, the SUNSET Rule was scheduled to become effective on March 22, 2021. *See* 86 Fed. Reg. at 5694. Shortly before the SUNSET Rule became effective, HHS postponed its effective date for one year, to March 22, 2022, pursuant to 5 U.S.C. § 705. *See* 86 Fed. Reg. 15404 (2021). While HHS did not concede liability, HHS stated that it "believes that the Court could find merit in some of Plaintiffs' claims." *Id*. at 15,405. In particular, HHS stated that, in contrast to its prior findings, it "now believes it is likely some regulations would expire without any additional process" and that this outcome raises legal questions about whether "regulations promulgated through notice and comment rulemaking can be terminated through an umbrella rule without individual consideration of the expiring regulations, including any reliance interests." *Id*. at 15,406. HHS further stated that it "may have significantly underestimated the burden" of the rule and that the rule's magnitude and timing "may have impeded the full and deliberate consideration of all the potential issues related to the SUNSET rule." *Id*.

4.  HHS is preparing to issue a notice of proposed rulemaking repealing the SUNSET Rule. *See* Office of Information and Regulatory Affairs, Office of Management and Budget, RIN 0991-AC24, https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=0991-AC24. HHS is also reviewing the Rule in light of Plaintiffs' claims raised in this litigation, and seeks additional time to

1  evaluate the claims and its position before taking further steps in this litigation.

2      5.    The parties therefore jointly request that the Court continue the stay of this action through November 1, 2021, and direct the parties to file a joint status report proposing a schedule for further proceedings by that date.

Date: July 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director
Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar # 4823043)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*

/s/ *Samara Spence*
Samara Spence* (DC Bar No. 1031191)
Jeffrey B. Dubner* (DC Bar No. 1013399)
Sean A. Lev* (DC Bar. No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
sspence@democracyforward.org
jdubner@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

*Counsel for All Plaintiffs*

James R. Williams (CA Bar No. 271253)
County Counsel
Greta S. Hansen (CA Bar No. 251471)
Douglas M. Press (CA Bar No. 168740)
Lorraine Van Kirk (CA Bar No. 287194)
Office of the County Counsel
County of Santa Clara

JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER CONTINUING STAY
CASE NO. 5:21-CV-01655-BLF

70 West Hedding Street, East Wing, 9th Fl.
San José, CA 95110-1770
lorraine.van_kirk@cco.sccgov.org
Telephone: (408) 299-5900

*Counsel for the County of Santa Clara*

Lisa S. Mankofsky* (DC Bar No. 411931)
Matthew Simon* (DC Bar No. 144727)
Center for Science in the Public Interest
1220 L Street, NW, Ste. 300
Washington, DC 20005
lmankofsky@cspinet.org
msimon@cspinet.org
Telephone: (202) 777-8381

*Counsel for Center for Science in the Public Interest*

Aaron Colangelo*
Adeline S. Rolnick* **
Natural Resources Defense Council
1152 15th Street NW, Ste. 300
Washington, DC 20005
acolangelo@nrdc.org
Telephone: (202) 289-2376

*Counsel for Natural Resources Defense Council*

* *Admitted pro hac vice*
** *Supervision by Aaron Colangelo, a member of the D.C. Bar*

**LOCAL RULE 5-1(i) ATTESTATION**

I attest that I have obtained Samara Spence's concurrence in the filing of this document.

/s/ Steven A. Myers
Steven A. Myers

JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER CONTINUING STAY
CASE NO. 5:21-CV-01655-BLF

1  **[PROPOSED]** ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. The case shall remain STAYED through
3  November 1, 2021, by which date the parties shall submit a joint status report proposing a schedule for
4  further proceedings.

6  Dated: July 30, 2021

   _____
   HON. BETH LABSON FREEMAN
   UNITED STATES DISTRICT JUDGE