| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | Samara Spence* (DC Bar No. 1031191)<br>Jeffrey B. Dubner* (DC Bar No. 1013399)<br>Sean A. Lev* (DC Bar. No. 449936) |
| ERIC BECKENHAUER<br>Assistant Branch Director<br>Civil Division | Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>sspence@democracyforward.org |
| STEVEN A. MYERS (NY Bar # 4823043)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 305-8648<br>Fax: (202) 616-8470<br>E-mail: steven.a.myers@usdoj.gov | jdubner@democracyforward.org<br>slev@democracyforward.org<br>(202) 701-1785<br>(202) 448-9090<br><br>*Counsel for Plaintiffs*<br><br>*Additional counsel listed on signature block*<br>* *Admitted pro hac vice* |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>  Defendants. | Case No. 5:21-cv-01655-BLF<br><br>**JOINT STATUS REPORT AND STIPULATED**<br>**REQUEST FOR ORDER CONTINUING STAY** |

Pursuant to the Court's Order of March 8, 2022, *see* ECF No. 43, the parties respectfully submit the following joint status report addressing further proceedings, together with a stipulated request for an order continuing the stay of this action through August 2, 2022.

1. This is an Administrative Procedure Act ("APA") case in which Plaintiffs challenge a final rule promulgated by the U.S. Department of Health and Human Services ("HHS") entitled *Securing Updated and Necessary Statutory Evaluations Timely*, 86 Fed. Reg. 5694 (2021) (the "SUNSET Rule").

1 | The SUNSET Rule provides, in essential part, that nearly all regulations issued by HHS in Titles 21, 42, and 45 of the Code of Federal Regulations shall expire at the end of (1) five calendar years after the year that the SUNSET Rule first becomes effective, (2) ten calendar years after the year of the regulation's promulgation, or (3) ten calendar years after the last year in which HHS assessed and, if required, reviewed the regulation, whichever is latest.

2. Plaintiffs filed their complaint challenging the SUNSET Rule on March 9, 2021. *See* ECF No. 1. Plaintiffs alleged that the SUNSET Rule is *ultra vires*, *see id.* ¶¶ 123-30; arbitrary and capricious, *see id.* ¶¶ 131-33; in violation of the APA's notice-and-comment requirements, *see id.* ¶¶ 134-39; and in violation of HHS's Tribal Consultation Policy, *see id.* ¶¶ 140-44. Plaintiffs further alleged that the SUNSET Rule threatens imminent and irreparable harm to them and the general public, including by creating regulatory confusion and uncertainty that will impede their ongoing operations, budgeting, and planning activities. *See, e.g.*, *id.* ¶¶ 100-02; *see generally id.* ¶¶ 95-122.

3. As promulgated, the SUNSET Rule was scheduled to become effective on March 22, 2021. *See* 86 Fed. Reg. at 5694. Shortly before the SUNSET Rule became effective, HHS postponed its effective date for one year, to March 22, 2022, pursuant to 5 U.S.C. § 705. *See* 86 Fed. Reg. 15,404 (2021). On October 28, 2021, HHS issued a Notice of Proposed Rulemaking proposing to withdraw or repeal the SUNSET Rule. *See* 86 Fed. Reg. 59,906 (2021). In March 2022, HHS postponed the effective date of the SUNSET Rule for an additional six months, to September 22, 2022. *See* 87 Fed. Reg. 12,399 (2022).

4. On May 27, 2022, HHS issued a Final Rule withdrawing the SUNSET Rule as of the effective date of July 26, 2022. *See* 87 Fed. Reg. 32246 (2022). If the Final Rule takes effect as scheduled, this litigation may be unnecessary.

5. The parties therefore jointly request that the Court continue the stay of this action through August 2, 2022, and direct the parties to either stipulate to the dismissal of this action, or file a joint status report proposing a schedule for further proceedings, by that date.

Date: June 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC BECKENHAUER
Assistant Branch Director

JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER CONTINUING STAY
CASE NO. 5:21-CV-01655-BLF

Civil Division

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar # 4823043)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-8648
Fax: (202) 616-8470
E-mail: steven.a.myers@usdoj.gov

*Attorneys for Defendants*


/s/ *Samara M. Spence*
Jeffrey B. Dubner* (DC Bar No. 1013399)
Samara Spence* (DC Bar No. 1031191)
Sean A. Lev* (DC Bar. No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
sspence@democracyforward.org
jdubner@democracyforward.org
slev@democracyforward.org
Telephone: (202) 448-9090

*Counsel for All Plaintiffs*

James R. Williams (CA Bar No. 271253)
County Counsel
Greta S. Hansen (CA Bar No. 251471)
Douglas M. Press (CA Bar No. 168740)
Laura S. Trice (CA Bar No. 284837)
Office of the County Counsel
County of Santa Clara
70 West Hedding Street, East Wing, 9th Fl.
San José, CA 95110-1770
laura.trice@cco.sccgov.org
Telephone: (408) 299-5900

*Counsel for the County of Santa Clara*

Lisa S. Mankofsky* (DC Bar No. 411931)
Matthew Simon* (DC Bar No. 144727)
Center for Science in the Public Interest
1250 I Street, NW, Ste. 500
Washington, DC 20005
lmankofsky@cspinet.org

JOINT STATUS REPORT AND STIPULATED REQUEST FOR ORDER CONTINUING STAY
CASE NO. 5:21-CV-01655-BLF

msimon@cspinet.org
Telephone: (202) 777-8381

*Counsel for Center for Science in the Public Interest*

Adeline S. Rolnick*
Natural Resources Defense Council
1152 15th Street NW, Ste. 300
Washington, DC 20005
arolnick@nrdc.org
Telephone: (202) 513-6240

*Counsel for Natural Resources Defense Council*

*\* Admitted pro hac vice*

## LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Samara Spence's concurrence in the filing of this document.

      */s/ Steven A. Myers*
      Steven A. Myers

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The case shall remain STAYED through August 2, 2022, by which date the parties shall either stipulate to the dismissal of this action or submit a joint status report proposing a schedule for further proceedings.

Dated: June 7, 2022

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE