| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | Samara Spence* (DC Bar No. 1031191)<br>Jeffrey B. Dubner* (DC Bar No. 1013399)<br>Sean A. Lev* (DC Bar. No. 449936) |
| ERIC BECKENHAUER<br>Assistant Branch Director<br>Civil Division | Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>sspence@democracyforward.org |
| STEVEN A. MYERS (NY Bar # 4823043)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 305-8648<br>Fax: (202) 616-8470<br>E-mail: steven.a.myers@usdoj.gov | jdubner@democracyforward.org<br>slev@democracyforward.org<br>(202) 701-1785<br>(202) 448-9090<br><br>*Counsel for Plaintiffs*<br><br>*Additional counsel listed on signature block*<br>* *Admitted pro hac vice* |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA, *et al.*,<br><br>　　Plaintiffs,<br><br>　v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>　　Defendants. | Case No. 5:21-cv-01655-BLF<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER** |

　　Due to the withdrawal of the final rule at issue in this case, *see* 87 Fed. Reg. 32,246 (May 27, 2022), the parties hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own fees and costs.

| | |
|---|---|
| Date: August 1, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | ERIC BECKENHAUER<br>Assistant Branch Director<br>Civil Division |
| | /s/ *Steven A. Myers*<br>STEVEN A. MYERS (NY Bar # 4823043)<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, DC 20005<br>Tel: (202) 305-8648<br>Fax: (202) 616-8470<br>E-mail: steven.a.myers@usdoj.gov |
| | *Attorneys for Defendants* |
| | /s/ *Samara M. Spence*<br>Jeffrey B. Dubner* (DC Bar No. 1013399)<br>Samara Spence* (DC Bar No. 1031191)<br>Sean A. Lev* (DC Bar. No. 449936)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>sspence@democracyforward.org<br>jdubner@democracyforward.org<br>slev@democracyforward.org<br>Telephone: (202) 448-9090 |
| | *Counsel for All Plaintiffs* |
| | James R. Williams (CA Bar No. 271253)<br>County Counsel<br>Greta S. Hansen (CA Bar No. 251471)<br>Douglas M. Press (CA Bar No. 168740)<br>Laura S. Trice (CA Bar No. 284837)<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding Street, East Wing, 9th Fl.<br>San José, CA 95110-1770<br>laura.trice@cco.sccgov.org<br>Telephone: (408) 299-5900 |
| | *Counsel for the County of Santa Clara* |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER
CASE NO. 5:21-CV-01655-BLF

|  |  |
|---|---|
| 1 | Lisa S. Mankofsky* (DC Bar No. 411931) |
| 2 | Matthew Simon* (DC Bar No. 144727) |
|  | Center for Science in the Public Interest |
| 3 | 1250 I Street, NW, Ste. 500 |
|  | Washington, DC 20005 |
| 4 | lmankofsky@cspinet.org |
|  | msimon@cspinet.org |
| 5 | Telephone: (202) 777-8381 |

*Counsel for Center for Science in the Public Interest*

Adeline S. Rolnick*
Natural Resources Defense Council
1152 15th Street NW, Ste. 300
Washington, DC 20005
arolnick@nrdc.org
Telephone: (202) 513-6240

*Counsel for Natural Resources Defense Council*

*\* Admitted pro hac vice*

### LOCAL RULE 5-1(i) ATTESTATION

I attest that I have obtained Steven A. Myers's concurrence in the filing of this document.

   */s/ Samara M. Spence*
   Samara M. Spence

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ~~PROPOSED~~ ORDER
CASE NO. 5:21-CV-01655-BLF

1 **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.  This case is dismissed without
3 prejudice, with each side to bear its own fees and costs.

4

5 Dated: __August 1, 2022__                              _____
                                                          HON. BETH LABSON FREEMAN
6                                                         UNITED STATES DISTRICT JUDGE